HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
400 South Hope Street 8th Floor
Los Angeles, CA 90071-2040
Telephone: 213-896-2400
Facsimile: 213-896-2450
stacey.wang@hklaw.com

JONAK LAW GROUP, PC
Jennifer L. Jonak (SBN 191323)
1430 Willamette Street, #145
Eugene, OR 97401
Telephone: 541-525-9102
Facsimile: 510-291-2910
jenny@jonak.com

HOLLAND & KNIGHT LLP
Michael B. Eisenberg (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3529
Facsimile: (212) 385-9010
michael.eisenberg@hklaw.com

Attorneys for Plaintiffs SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE FACTORY DEPOT ADVANTAGES, INC.,<br><br>Defendant. | Case No. CV 19-5065-GW-ASx<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint filed: June 11, 2019 |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiffs Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd. (collectively, "Seoul") and The Factory Depot Advantages, Inc. ("Factory Depot") hereby consent to entry of judgment against Factory Depot and in favor of Seoul, as follows:

1. U.S. Patent No. 9,022,618, U.S. Patent No. 7,618,162, U.S. Patent No. 8,132,952, U.S. Patent No. 8,829,552, U.S. Patent No. 10,134,967, U.S. Patent No. 9,577,157; U.S. Patent No. 8,525,212; U.S. Patent No. 9,799,800; U.S. Patent No. 9,716,210; and U.S. Patent No. 7,667,225 (collectively, "the Patents in Suit") asserted by Seoul in this matter are not invalid.

2. Factory Depot has sold products that were manufactured by third parties and have been accused by Seoul in the above-captioned cases. Seoul contends, and Factory Depot does not dispute, that such products infringe one or more of the Patents in Suit.

3. The third party complaint filed by Factory Depot against United Radio Incorporated dba Bluestar is dismissed with prejudice.

4. Factory Depot, its officers, agents, servants, attorneys, and other persons who are in active concert or participation with them who are on actual notice hereof by personal service or otherwise are hereby permanently enjoined and restrained from making, using, selling, importing or offering for sale in the United States the following products and any mere colorable variations thereof until the last to expire of the Patents in Suit: NAXA NT-5501; PHILIPS BDL4830QL TV; FEIT BPG1640/827/LED/2; FEIT BR30/10KLED/3(L1); LORELL 99770 Desk Lamp; LORELL 99774 Desk Lamp; SAFCO 1001BL; SAFCO 1001WH; and SATCO S9406.

5. The Parties shall bear their own costs, expenses and attorneys' fees.

This Court retains exclusive jurisdiction to enforce this Consent Judgment and Permanent Injunction..

IT IS SO ORDERED.

DATED:  August 24, 2020

*[signature: George H. Wu]*

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE